IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEE MANUEL COLSON, JR.,**

   *Plaintiff*,

v.                                                    Case No.: 4:25cv85-MW/MJF

**UNITED STATES OF AMERICA, et al.,**

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for Plaintiff's failure to comply with two Court Orders." The Clerk shall close the file.

**SO ORDERED on February 4, 2026.**

                                              *s/Mark E. Walker*
                                              **United States District Judge**